

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| DAVID PAUL HEALY, | § | No. 08-17-00027-CV |
| Appellant, | § | Appeal from the |
| v. | § | 352nd District Court |
| SIMONE BARRON, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 352-286480-16) |
| | § | |

# **O R D E R**

The Court has received a motion to reinstate this appeal following the lifting of a bankruptcy stay. The motion is GRANTED. It is therefore ORDERED that the above styled and numbered cause is hereby REINSTATED.

The Appellee's brief is due thirty days from the date of this order.

IT IS SO ORDERED this 12th day of January, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.